# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| KNIFE RIGHTS INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | Civil Action No. 4:23-cv-547-O |

## JOINT MOTION TO ENTER PROPOSED BRIEFING SCHEDULE

The parties respectfully request that the Court enter a stipulated schedule for briefing Defendants' forthcoming motion to dismiss. A proposed order will be submitted separately.

Plaintiffs commenced this action on June 1, 2023, *see* ECF No. 1, challenging as unconstitutional 15 U.S.C. §§ 1242-43, which concern switchblade knives. On June 9, 2023, Plaintiffs completed service of process on the United States Department of Justice. *See* ECF No. 10.

Defendants intend to move to dismiss Plaintiffs' Complaint, but Defendants require a short amount of additional time to prepare their motion. The statutes at issue in the Complaint are not frequent subjects of litigation, and so Defendants require additional time to prepare and present their arguments to this Court. Apart from Defendants' response to the Complaint, there are no other pending deadlines. Accordingly, the parties have conferred and have agreed to request that the Court adopt the following deadlines for briefing Defendants' prospective motion:

- On or before September 22, 2023, Defendants will file their motion to dismiss;
- On or before October 13, 2023, Plaintiffs will file their response;
- On or before November 3, 2023, Defendants will file their reply.

The parties also respectfully request that Defendants' deadline to respond to the Complaint be extended to September 22, 2023.

The parties appreciate the Court's consideration.

Dated: July 24, 2023                              Respectfully submitted,


                                                  Respectfully submitted,


                                                  DILLON LAW GROUP APC

                                                  By: /s/ John Dillon
                                                  JOHN W. DILLON

                                                  *Attorney for Plaintiffs*


                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General

                                                  BRIGHAM J. BOWEN
                                                  Assistant Branch Director

                                                  /s/ Michael Drezner
                                                  MICHAEL DREZNER
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street NW
                                                  Washington, DC 20005
                                                  Phone: (202) 514-4505
                                                  Email: Michael.L.Drezner@usdoj.gov

                                                  *Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The parties conferred and have agreed about the relief requested herein.

*/s/ Michael Drezner*
MICHAEL DREZNER
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of this filing.

*/s/ Michael Drezner*
MICHAEL DREZNER
Trial Attorney
U.S. Department of Justice
