# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **KNIFE RIGHTS, INC.**, *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00547-O** |
| | § | |
| **MERRICK GARLAND,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ENTERING AGREED BRIEFING SCHEDULE

Upon consideration of the parties' Joint Motion to Enter Proposed Briefing Schedule (ECF No. 14), filed July 27, 2023, the Court hereby **GRANTS** the motion. The parties are **ORDERED** to comply with the following schedule:

- On or before September 22, 2023, Defendants will file their motion to dismiss;

- On or before October 13, 2023, Plaintiffs will file their response;

- On or before November 3, 2023, Defendants will file their reply.

Additionally, Defendants' deadline to respond to the Complaint is extended to September 22, 2023.

**SO ORDERED** this **25th day** of **July, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**