IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KNIFE RIGHTS, INC.,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00547-O |
| **MERRICK GARLAND,** *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ENTERING AGREED MODIFIED BRIEFING SCHEDULE

On July 25, 2023, the Court granted the parties' Joint Motion to Enter Proposed Briefing Schedule (ECF No. 14), filed July 24, 2023. *See* ECF No. 15. Since then, the parties have met and conferred regarding Plaintiffs' intent to file a motion for summary judgement in the instant case. The parties now intend to adopt a modified briefing schedule that is similar to the one granted by the Court for Defendants' motion to dismiss, and that will enable the parties to simultaneously brief the merits of their respective motions and oppositions. A joint motion to that effect is now before the Court. *See* ECF No. 16.

Upon consideration of the parties' Joint Motion to Enter Proposed Briefing Schedule (ECF No. 16), filed August 17, 2023, the Court hereby **GRANTS** the motion. The parties are now **ORDERED** to comply with the following schedule:

- On or before September 22, 2023, Plaintiffs will file their Motion for Summary Judgement;
- On or before October 20, 2023, Defendants will file their Opposition and Cross-Motion to Dismiss;
- On or before November 10, 2023, Plaintiffs will file their Opposition and Reply;
- On or before December 8, 2023, Defendants will file their Reply.

      Additionally, Defendants' deadline to respond to the Complaint is extended to October 20, 2023.

      **SO ORDERED** this **21st day** of **August, 2023**.

                                                  _____
                                                  Reed O'Connor
                                                  **UNITED STATES DISTRICT JUDGE**