IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KNIFE RIGHTS, INC., *et al.*, § § § Plaintiffs, § § v. § Civil Action No. 4:23-cv-00547-O § MERRICK GARLAND, *et al.*, § § § Defendants. § | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiffs' Unopposed Motion for Extension of Deadlines in Briefing Schedule (ECF No. 16), filed September 19, 2023. Upon review of the motion and finding good cause therein, the Court finds that the motion should be and is hereby **GRANTED**.

Accordingly, the parties are **ORDERED** to comply with the following schedule:

- On or before October 6, 2023, Plaintiffs will file their Motion for Summary Judgement;
- On or before November 3, 2023, Defendants will file their Opposition and Cross-Motion to Dismiss;
- On or before December 1, 2023, Plaintiffs will file their Opposition and Reply;
- On or before December 22, 2023, Defendants will file their Reply.

**SO ORDERED** this **22nd day** of **September, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE