IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KNIFE RIGHTS, INC.,** *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § | Civil Action No. 4:23-cv-00547-O |
| **MERRICK GARLAND,** *et al.*, | | |
| Defendants. | | |

### ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME

Before the Court is Defendants' Motion for Extension of Deadlines in the Briefing Schedule (ECF Nos. 16, 19), filed October 18, 2023. Specifically, Defendants request an extension of time to respond to Plaintiffs' Motion for Summary Judgment (ECF No. 20) and the Complaint (ECF No. 1). Upon review of the motion and finding good cause therein, the Court finds that the motion should be and is hereby **GRANTED**.

Accordingly, the parties are **ORDERED** to comply with the following schedule:

- On or before November 17, 2023, Defendants will file their Opposition and Cross-Motion to Dismiss;
- On or before December 15, 2023, Plaintiffs will file their Opposition and Reply;
- On or before January 5, 2024, Defendants will file their Reply.

Additionally, Defendants' deadline to respond to the Complaint is extended to November 17, 2023.

**SO ORDERED** on this **19th day** of **October, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE