IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KNIFE RIGHTS INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    Defendants. | Civil Action No. 4:23-cv-547-O |

DEFENDANTS' MOTION TO DISMISS

For the reasons set forth in the accompanying brief, Defendants hereby move pursuant to Rule 12(b)(1) and (6) to dismiss this action in its entirety.

Dated: November 17, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael Drezner*
MICHAEL DREZNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of this filing.

                                                */s/ Michael Drezner*
                                                MICHAEL DREZNER
                                                Trial Attorney
                                                U.S. Department of Justice