IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KNIFE RIGHTS INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    Defendants. | Civil Action No. 4:23-cv-547-O |

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby respond to Plaintiffs' motion for summary judgment and request that it be denied, for the reasons set forth in the accompanying brief (which contains the materials required by local civil rules 56.4 and 56.5).

Dated: November 17, 2023            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael Drezner*
MICHAEL DREZNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of this filing.

                                                   */s/ Michael Drezner*
                                                   MICHAEL DREZNER
                                                   Trial Attorney
                                                   U.S. Department of Justice